IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | } | |
| BARRY L. TALLEY, SR. and | } | CHAPTER 13 |
| BRENDA G. TALLEY, | } | |
| 140 St. Claire Drive, Leesburg, GA 31763, | } | CASE NO. 14-11350 |
| SSN: XXX-XX-4564/XXX-XX-4725 | } | |
| Debtors. | } | |

<u>**NOTICE**</u>

      **BARRY L. TALLEY, SR. AND BRENDA G. TALLEY** HAVE FILED PAPERS WITH THE COURT TO MODIFY THEIR CHAPTER 13 PLAN.

      <u>YOUR RIGHTS MAY BE AFFECTED</u>.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)

      IF YOU DO NOT WANT THE COURT TO APPROVE THE MOTION OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN RESPONSE ON OR BEFORE **DECEMBER 4, 2015,** WITH THE CLERK OF THE COURT, U.S. BANKRUPTCY COURT, MIDDLE DISTRICT OF GEORGIA, P.O. BOX 1957, MACON, GEORGIA, 31202**.  IF A RESPONSE IS FILED, A HEARING WILL BE HELD ON JANUARY 12, 2016, AT 2:00 P.M. AT THE C.B. KING U.S. COURT HOUSE, 2ND FLOOR U. S. BANKRUPTCY COURTROOM,  201 BROAD AVE.,  ALBANY, GEORGIA**.

      IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** IT ON OR BEFORE THE DATE STATED ABOVE.

      ANY RESPONSE MUST ALSO BE MAILED TO THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

      IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING RELIEF.

      DATED THIS  10th DAY OF NOVEMBER, 2015.

                              CUSTER, CUSTER & CLARK, LLC


                              _/s/ Cawthon H. Custer
                              Cawthon H. Custer
                              State Bar No. 261690
                              Attorney for Debtors

P. O. Box 605
Albany, Georgia 31702
(229) 888-1105
custercusterclark@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | } | |
| | } | BANKRUPTCY CASE |
| BARRY L. TALLEY, SR.  and | } | NO.: 14-11350 |
| BRENDA G. TALLEY, | } | |
| | } | |
| Debtors. | } | CHAPTER 13 PROCEEDING |

## MOTION FOR MODIFICATION OF PLAN AFTER CONFIRMATION

The Debtors, under the authority of §1329 of the Bankruptcy Code, file this motion for modification of plan and respectfully show:

-1-

Debtors plan was confirmed in court on January 13, 2015.

-2-

The debtors propose to modify their plan to add pre-petition and post-petition arrears, which will increase their payments to $207.00; a copy of the proposed plan is attached hereto.

-3-

After notice and opportunity for objections, the plan as modified should become the debtors plan.

WHEREFORE, the debtors respectfully pray that the motion for modification of plan be approved.

CUSTER, CUSTER & CLARK, LLC


  /s/ Cawthon H. Custer
Cawthon H. Custer
State Bar No. 261690
Attorney for Debtors

P. O. Box 605
Albany, Georgia 31702
(229) 888-1105
custercusterclark@gmail.com


## CERTIFICATE OF SERVICE

I certify that I have served a copy of the Notice of Time to Respond, Motion for Modification of Plan after Confirmation and Plan upon the parties listed on Exhibit "A" attached. Those not served by electronic means by the Court's electronic filing system have been served by depositing the same in the United States Mail, properly addressed, with sufficient postage affixed thereto to ensure delivery.


Dated this 10th day of November, 2015.


/s/ Cawthon H. Custer
Cawthon H. Custer

**United States Bankruptcy Court**
**Middle District of Georgia**

IN RE:                                                          Case No. **14-11350**
Talley, Barry L. Sr. & Talley, Brenda G.
                                    Debtor(s)                   Chapter **13**

## CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor's(s') employer) shall pay to the trustee the sum of $ **207.00** [ ] weekly [ ] bi-weekly [ ] semi-monthly [X] monthly. (If the payments change over time include the following.)

2. From the payments so received, the trustee shall make disbursements as follows:

(a) The trustee percentage fee as set by the United States Trustee.

(b) The monthly payments will be made on the following long-term debts: (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim.)

| Name of Creditor | Month of First Payment Under Plan | Monthly Payment Amount |
|---|---|---|
| None | | |

(c) Preconfirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| Name of Creditor | Adequate Protection Amount |
|---|---|
| None | |

(d) The following claims are not subject to cram down because debts are secured by a purchase money security interest in a vehicle for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing. *See § 1325(a)*

| Name of Creditor | Amount Due | Interest Rate | Collateral | Monthly Payment |
|---|---|---|---|---|
| None | | | | |

(e) After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| Name of Creditor | Amount Due | Value | Interest Rate | Collateral | Monthly Payment Amount |
|---|---|---|---|---|---|
| Brooks Furniture | 5174 | 3500 | 5.00 | Furniture & matresses | 80.00 |

(f) *Attorney fees ordered pursuant to 11 U.S.C. § 507(a)(2) of $ **3,000.00** to be paid as follows:

| | Monthly Payment Amount |
|---|---|
| Pursuant to the Administrative Order on Attorney Fee Awards | |

(g) After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows.

| Name of Creditor | Estimated Amount Due | Value | Interest Rate | Collateral | |
|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | 404.00 | | | PREPETITION ARREARS ON TOYOTA TUNDRA | 9 |
| CAPITAL ONE AUTO FINANCE | 2587.00 | | | POSTPETITION ARREARS ON TOYOTA TUNDRA | 55 |

(h) The following collateral is surrendered to the **COSIGNER, GARY BIRCH.**

| Name of Creditor | Description of Collateral |
|---|---|
| CHRYSLER CAPITAL:     SURRENDERS INTEREST IN | 2014 Dodge Charger TO COSIGNER WHO PAYS! |

(i) The following domestic support obligations will be paid over the life of the plan as follows: (These payments will be made simultaneously with payment of the secured debt and will not include interest at the rate of _____%. (If this is left blank, no interest will be paid.)

| Name of Creditor | Payment Amount |
|---|---|
| None | |

(j) The following unsecured claims are classified to be paid at 100%. These payments will be made simultaneously with payment of the secured debt:
**None**

(k) All other 11 U.S.C. § 507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law.
**NONE**

(l) The debtor(s) will be the disbursing agent on the following debts:
**Capital One Auto Finance FOR 2010 TOYOTA TUNDRA AT $403.72 MONTHLY.**
**Vancleave Builders LLC FOR LEASE TO PURCHASE MTG AT $680  MONTHLY.**

(m) Special provisions:
   (1) **DEBTORS WILL MAKE PAYMENTS DIRECTLY TO THE COURT.**

   (2) Upon confirmation of this plan, the court is confirming that debtor(s) has provided all necessary pay stubs as required  and is otherwise in compliance with 11 USC Section 521(a)(1).

   (3) Upon discharge, all purchase money and non-purchase money, non-possessory, liens and/or judicial liens in favor of the above
secured creditors will be avoided pursuant to 11 U.S.C. §522(f), and upon notice of discharge, the creditors shall cancel said lien(s) of record within 15 days of notice. **BROOKS FTR., CAPITAL ONE AUTO FINANCE, CHRYSLER CAPITAL.**

(n) Debtor(s) will make payments that will meet all of the following parameters (these are not cumulative, debtors will pay the highest of the three)

   (i) Debtor will pay all of his disposable income as shown on Form B22C of $ __0__ to the non priority unsecured creditors in order to be eligible for a discharge.

   (ii) If the debtor filed a Chapter 7 case, the priority and other unsecured creditors would receive $ __0__. Debtor will pay this amount to the priority and other unsecured creditors in order to be eligible for discharge.

   (iii) The debtor will pay $ __0__ to the general unsecured creditors to be distributed prorata.

(o) General unsecured creditors whose claims are duly proven and allowed will be paid (choose one only)

   (a) __0__% dividend as long as this dividend exceeds the highest amount, if any, shown in paragraph (n)(i), (n)(ii), or (n)(iii), and the debtor pays in at least 36 monthly payments to be eligible for discharge.

   (b) the debtor(s) will make payments for _____ months and anticipate a dividend of _____%, but will also exceed the highest amount shown in paragraph (n)(i), (n)(ii), or (n)(iii) above.

(p) Unless otherwise ordered by the court, all property of the estate, whether in the possession of the trustee or the debtor, remains property of the estate subject to the court's jurisdiction, notwithstanding §1327(b), except as otherwise provided in paragraph (m) above. Property of the estate not paid to the trustee shall remain in the possession of the debtor. All property in the possession and control of the debtor at the time of confirmation shall be insured by the debtor. The Chapter 13 Trustee will not and is not required to insure such property and has no liability for injury to any person, damage or loss to any such property in possession and control of the debtor or other property affected by property in possession and control of the debtor.

(q) Notwithstanding the proposed treatment or classification of any claim in the plan confirmed in this case, all lien avoidance actions or litigation involving the validity of liens, or preference action will be reserved and can be pursued after confirmation of the plan. Successful lien avoidance or preference actions will be grounds for modification of the plan.

Dated: November 10 ,2015

/s/ Barry L. Talley, Sr.
Debtor

/s/ Brenda G. Talley
Debtor

**Barry L. Talley, Sr.**
**Brenda G. Talley**
**Case No. 14-11350**
**Exhibit "A"**

1st Investors Financial Services
380 Interstate North Parkway Ste 300
Atlanta, GA  30339

Action Motors Inc.
901 W. Oglethorpe Blvd.
Albany, GA  31701

Albany Surgical  P.C.
401 W.  Fourth Avenue
Albany, GA  31701

Albany Vascular Specialists
2300 Dawson Rd.
Albany, GA  31707

Anesthesia Associates/Albany
P.O. Box 1227
Albany, GA  31702-1227

AT&T Services, Inc
Legal Department
One AT&T Way Room 3A104
Bedminster, NJ  07921

Bay Medical Center
615 N. Bonita Ave.
Panama City, FL  32401

Brooks Furniture
1201 West Broad Ave.
Albany, GA  31707-4341

Capital One Auto Finance
A Division Of Capital One, N.A.
P.O. Box 201347
Arlington, TX  76006

Capital One Bank (USA) N.A.
Attn: General Correspondence
PO Box 30273
Salt Lake City, UT  84130-0273

Chrysler Capital
P.O. Box 961272
Ft. Worth, TX  76161

Cliff Sanspree
103 Demase St.
Portland, TN  37148

Collection Bureau Of SW GA, Inc.
F/K/A Credit Bureau Of SWGA
P. O. Box 70898
Albany, GA  31708

Credit Protection Associates
P.O. Box 802068
Dallas, TX  75380

Dish Network
P. O. Box 2635
Waterloo, IA  50704-2635

Enhanced Recovery, LLC
8014 Bayberry Road
Jacksonville, FL  32256

First Collection Services
10925 Otter Creek E. Blvd.
Mabelvale, AR  72103

Gary M. Buck
818 Old Andersonville Road
Andersonville, GA  31711

GE Capital Retail Bank/Care Credit
Attn: Bankruptcy Dept.
P.O. Box 103106
Roswell, GA  30076

Georgia Dept Of Revenue
Bankruptcy Section
1800 Century Blvd NE, Ste 17200
Atlanta, GA  30345-0000

Georgia Income Tax Division
1105 W. Broad, Ste D
Albany, GA  31707-0000

Georgia Power/Albany
704 N. Westover Blvd
Albany, GA  31707

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA  19101-7346

Mediacom/Albany
1104 N. Westover Blvd., Ste 1
Albany, GA  31707

Northeast Georgia Medical Center
743 Spring Street
Gainesville, GA  30501

Palmyra Emergency Group LLC.
P.O. Box 731587
Dallas, TX  75373

Palmyra Medical Center/Palmyra HCA
N/K/A Phoebe North Campus
P.O. Box 3050
Albany, GA  31706

Phoebe Physicians Group, Inc.
A/K/A Practice Plus Of SW GA
P.O. Box 3109
Albany, GA  31706

Phoebe Putney Memorial Hospital
P.O. Box 3770
Albany, GA  31706

Phoebe Radiology Associates
P. O. Box 3770
Albany, GA  31706

Radiology Associates Of Albany
P.O. Box 2406
Albany, GA  31702-2406

SW ER Physicians
Attn Patient Accounts
P.O. Box 408
Albany, GA  31702

Sweet Dreams Of Albany LLC
P.O. Box 405455
Atlanta, GA  30384-5455

United Consumer Financial Service
Fka Kirby
865 Bassett Road
Westlake, OH  44145

United States Attorney
P.O. Box 1702
Macon, GA  31202-1702

US Atty Gen/Dept Of Justice
Tax Division/P.O. Box 14198
Ben Franklin Station
Washington, DC  20044-0000

Vancleave Builders LLC
1401 Schley Ave.
Albany, GA  31707

Verizon - MCI - Telecom
P. O. Box 31303
Salt Lake City, UT  84131

Windstream
P. O. Box 9001908
Lousiville, KY  40290

Worth Lake Emergency Physicians
1000 River Rd Ste 100
Conshohocken, PA  19428

Kristin Hurst
Chapter 13 Trustee
P.O. Box 1907
Columbus, GA 31902

Barry L. Talley, Sr.
Brenda G. Talley
140 St. Claire Drive
Leesburg, GA 31763